IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY,<br><br>        Plaintiff,<br><br>  v.<br><br>TINNEY CONSTRUCTION,<br><br>        Defendant.<br>                                         / | No. C 05-01417 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>November 4, 2005</u> at <u>2:30 p.m.</u>.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 16, 2006</u>.

DESIGNATION OF EXPERTS: <u>11/18/06</u>; REBUTTAL. <u>11/30/06</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>January 16, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 27, 2006</u>;

   Opp. Due <u>February 10, 2006</u>;  Reply Due <u>February 17, 2006</u>;

  and set for hearing no later than <u>March 3, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 4, 2006</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>April 17, 2006</u> at <u>8:30 AM.</u>,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation.  The session shall occur by the end of October.  No later than August 19, 2005, counsel shall notify the Court of the name of the mediator and date of the session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/9/05

                                                                     SUSAN ILLSTON
                                                                     United States District Judge