| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | JAMES P. DIWIK  Bar No. 164016 |
| 2 | JENNIFER R. BEIERLE  Bar No.  227505 |
| | One Market Plaza |
| 3 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Travelers Casualty and Surety Company of America |
| 7 | |
| | MILLER, MORTON, CAILLAT & NEVIS LLP |
| 8 | STEVAN C. ADELMAN (Bar No. 56413) |
| | 25 Metro Drive, 7th Floor |
| 9 | San Jose, California 95110-1339 |
| | Telephone: (408) 292-1765 |
| 10 | Facsimile: (408) 436-8772 |
| 11 | Attorneys for Defendants |
| | Tinney Construction Corporation, Aidan Tinney |
| 12 | and Christy Tinney |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | CASE NO. C 05 1417 |
| 18 | Plaintiff, | **STIPULATION RE CASE STATUS** |
| 19 | v. | |
| 20 | TINNEY CONSTRUCTION CORPORATION, AIDAN TINNEY, CHRISTY TINNEY, | |
| 22 | Defendant. | |

23   Plaintiff Travelers Casualty and Surety Company of America ("Travelers") and defendants

24 Tinney Construction Corporation, Aidan Tinney, and Christy Tinney (collectively the

25 "Defendants")(Travelers and Defendants are hereinafter collectively referred to as the "Parties"),

26 respectfully advise this Court as to the status of this matter and stipulate as follows:

27 1.  At the January 13, 2006 case management conference in this matter, this Court ordered the

28 Parties to mediation prior to the deadline for filing summary judgment motions(i.e., before

1   February 17, 2006).  At that time, the Parties were instructed by the Court to await contact from
2   the Court's ADR Department for scheduling the mediation.  The Court's order in this regard
3   instructed the parties to complete mediation, not referencing whether that mediation was to be
4   conducted through the Court's ADR Department or, alternatively, private mediation.
5   2.  After not receiving any communication from the Court's ADR Department, counsel for
6   Travelers contacted the ADR Department in early February, 2006.  At that time, the ADR
7   Department notified counsel that it had not received the necessary "referral documents" for
8   scheduling this matter for mediation.  The ADR Department further notified counsel for Travelers
9   that it was unable to schedule a mediation prior to the February 17, 2006 deadline for concluding
10  same.
11  3.  In response to the ADR Department's unavailability, and in order to comply with this Court's
12  order to mediation, the Parties agreed to participate in a private mediation, which mediation was
13  held on February 14, 2006.  The Court's ADR Department was informed of the Parties' intent to
14  privately mediate the matter.  During the mediation, the Parties agreed to a settlement of all
15  disputes in the instant litigation, and the Parties executed a written settlement agreement
16  memorializing their settlement.
17  4.  The Parties are in the process of finalizing the terms of the settlement agreement, including the
18  preparation of documents which secure the obligations therein.  The Parties intend to file the
19  necessary notices with this Court upon finalization of the settlement documents.  Accordingly, the
20  Parties stipulate and respectfully request that the Court vacate the April 17, 2006 trial date in this
21  matter, as the Parties will be filing in the immediate future (but in any event no later than April 17,
22  2006) a stipulation and proposed order of dismissal, wherein the Court will retain jurisdiction for
23  purposes of enforcing the Parties' written settlement agreement if necessary.
24  DATED: March 21, 2006            SEDGWICK, DETERT, MORAN & ARNOLD LLP
25
26
                                   By: /s/ *Jennifer R. Beierle*
27                                     Jennifer R. Beierle
                                       Attorneys for Plaintiff
28                                     Travelers Casualty and Surety Company of America

| | | |
|---|---|---|
| 1 | DATED: March 21, 2006 | MILLER, MORTON, CAILLAT & NEVIS LLP |

By:   /s/ *Stevan Adelman*
     Stevan Adelman
     Attorneys for Defendants
     Tinney Construction Corporation, Aidan Tinney and
     Christy Tinney

SIGNATURE ATTESTATION: I, Jennifer R. Beierle, counsel for plaintiff Travelers Casualty and Surety Company of America, attest that concurrence in the filing of this document has been obtained by Stevan Adelman, Esq., counsel for defendants Tinney Construction Corporation, Aidan Tinney and Christy Tinney as set forth above.

By: /s/ *Jennifer R. Beierle*
    Jennifer R. Beierle
    Attorneys for Plaintiff
    Travelers Casualty and Surety Company of America

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

-3-
STIPULATION RE CASE STATUS

CASE NO. C 05 1417